

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

FILED
2023 OCT 27 A 11: 01
U.S. DISTRICT COURT
N.D. OF ALABAMA

Tribute Appellation
mu'zuz mu'sun Ali'bamu Zulu el. ) 
*Plaintiff* )
(Write your full name. No more than one plaintiff may be named in a complaint.) )
)
-v- )   Case No. 2:23cv 1469-LSC-HNJ
)           *(to be filled in by the Clerk's Office)*
)
)
)
)
)
)
Kay Ivey, Karen Williams, Elizebeth laseter )
*Defendant(s)* )
(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $402.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $402.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

---

1

## I. The Parties to this Complaint

### A. The Plaintiff

Provide the information below for the plaintiff named in the complaint.

- **Name:** Mu'zuz Mu'sun Ali'bamu Zulu el.
- **All other names by which you have been known:** Formally Known as· Milton Dudley 1021 - 1976
- **ID Number:** 210279
- **Current Institution:** Ventress correctional center
- **Address:** P.O. Box 767  379 Hwy 239 N
  Clayton, AL. 36016

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- **Name:** Kay Ivey
- **Job or Title *(if known)*:** acting governer
- **Shield Number:**
- **Employer:** Governer over alabama · state DOC
- **Address:** Birmingham, ala. 35203
- ☑ Individual Capacity   ☑ Official Capacity

**Defendant No. 2**
- **Name:** Karen Williams
- **Job or Title *(if known)*:** Ventress correction acting warden
- **Shield Number:**
- **Employer:** DOC Correction warden
- **Address:** Ventress correction P.O. BOX 767  379 Hwy 239 N
  Clayton, ala. 36016
- ☑ Individual Capacity   ☑ Official Capacity

2

Defendant No. 3

    Name: Elizebeth laseter

    Job or Title *(if known)*: Ventress DOC - acting captain

    Shield Number:

    Employer: DOC - DOJ - ACI

    Address: Ventress Doc  P.O. Box 767   379 Hwy 239 N.
    Clayton, Al. 36016
    *City / State / Zip Code*

    ☑ Individual Capacity     ☑ Official Capacity

Defendant No. 4

    Name: Walker

    Job or Title *(if known)*: Ventress DOC - acting captain

    Shield Number:

    Employer: DOC - DOJ - ACI

    Address: Ventress Doc  P.o. box 767   379 Hwy 239 N.
    clayton, Al. 36016
    *City / State / Zip Code*

    ☑ Individual Capacity     ☑ Official Capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

original tribute heriage rights, original herit rights, natural birth rights, heir rights, moab tribal rights, originall inndigeous (indigo-engine) rights, tribal travellor rights, abutter anncientry rights, all tribute rights reserved, common rights to freedoms, hueman rights, federal civil rights, supreme constitutional rights, universal rights, original jurisdictional rights, detainee rights, prisoners rights, _____ (all rights reserved ... )

3

Defendant No. 5

Name: DEMETRA L. CORCINO
Job or title: DOC Ventress - acting sgt
shield number: 
employer: Ventress DOC-ACI
Address: Ventress correction   P.O. Box 767   379 Hwy 239 N.
Clayton     al.     36016

☑ Individual Capacity    ☑ Official Capacity

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens,* explain how each defendant acted under color of federal law. Attach additional pages if needed.

illegal practices of illegal states laws 'ACTS' on originall tribute sole being. illegal practices and processors of illegal foreign states laws, illegal colorable of law practices, violation of treaty(ies), violations of original proper jurisdiction venius (venue).

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply):*

☐ Pretrial Detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☑ Other *(explain)* i am an illegal detainee ' illegal prisoner of illegal state-wards and state-prisons / illegal state frauds prisons / war ship crimes against the originall 'tribal peepell of these is'lands.

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____

_____

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

aug 29, 2023; ventress doc, i was stabbed and assaulted by inmates. i did make a complaint about the of staff and security, and how there were no officers on post in both (e) and (f) dorms at the time of incident. later that same day i was physically assaulted by several officers and forcefully taken to an illegal (deem) dorm (B-1) and put inside an illegal mental    4    health pc seg cell, that no one is suppose to be living in. Warden and captains did give officers orders.

C. What date and approximate time did the events giving rise to your claim(s) occur?

Aug. 29, 2023; around 4:00pm / at housing unit E4-i was stabbed an assaulted by inmates. later i was assaulted by officers around 9: pm (B) dorm hallway an(B1) dorm on camera's

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

after i was stabbed; i made a complaint about the lack of security and how there were officers on post in(e) an(F) dorms. warden told officers to lock me up in a illegal (deem) pc seg cell. i refused by rights. officers repeatedly assaulted me on camera's witness: michael King 152221 / chris Bagwell 245343 / B-Hallway (B1) Dorm cameras officer Karshaela D. Jones

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries in detail.

left ear swolen, left foot and ankle cuts and swolen from being slam in door, right shoulder injury, head injury. and i never seen the doctor for any of my injuries

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1.) For injuries of being stab & assaulted by mental health inmates in regular population. violating the alabama mental health codes. over crowded population. lack of staff and security 725,556 thousands; per-person(s), officials and adjothing doc corporations (that i feel responsible)...    2) First officers assault :(B) dorm hallway on camera. assault on a original tribute member. 621,965. thousands; per-person(s), officials, and adjothing doc corporations (that i feel responsible)...

3.) Second officers assault :(B-1) front dorm on camera.(B-1) dorm is an(deem) illegal mental health p.c. block that no one is supposed to be living in - 621,965 thousands; per-person(s), officials, and adjothed doc corporation (i feel responsible)...

4.) third officers assault :(B-1) in front of lockup seg unit, on back dorm camera. i was physically assaulted until i was unconseous, then forced into a(deem) illegal sucide mental health pc seg cell, that no one supposed to be living inside - 645,965 thousands; per-person(s), and official's, and adjothed doc corporations (that i feel responsible)    (attachment)

5

VI Relief attached 5.) for each injury i had received from all three assaults by acting doc security guards - 18,000 thousands for each injury; per-person(s), per officials, and adjothing doc corporations (that i feel is responsible)...

6.) for officers refusing to give me a body chart for (3) days after officers assaults. i had to go on a (3) day hunger strike until physically passing out unconscious, to receive medical attention or body chart for my injuries - 20,879 thousands; per-person(s), per official's, and adjothing doc corporations...

7.) For each day i had to sleep inside (B-1) deem illegal sucide mental health p.c. seg cell and dorm - 80,000 for each day; per-person(s), per official's, and adjothed doc corporation (that i feel responsible)...

8.) for doc putting me in illegal seg cell with only a mattress. no personal property, no shower shoes to shower in, no sheet or blanket, no personal food from property, no extra clothes - boxers - tshirt, and no property sheet for any of my property. (only a mattress to lay on) no lights in seg cell, no hot water, no ventoirlation system in cell, walls set on fire, bugs everywhere - 25,000 thousands; per-person(s), per official's, and adjothing doc corporation (that i feel responsible)...

9.) for false, illegal and fraud disciplinary; violating my tribal rights - 10,999. per-person(s), per-official's, and adjothing doc corporations (that i feel responsible)...

10.) deprivation of rights, loss of rights for false and illegal disciplinary. 600 dollars for each wrongful and unlawfull violation - per-person(s), per officer's - official's, and adjothing doc corporations...

11.) for ventress and state violating my original proper county jurisdiction 200,000 thousands - per-person(s), per official's, and adjothing doc corporation (that i feel responsible)...

12.) for refusing to give me religions tribute legal documents out of my property, personal legal mails, address books, family pictures; after i legally requested for it - 2,500 thousands; per-person(s), per-officer's...

13.) for refusing to allow me to make my one seg phone call - 60 dollars for each day; per-person(s), per official's...

14.) For illegally reclassing me after false and illegal disciplinary - 10,999; per-person(s), per-official's, and adjothing doc corporation (that i feel responsible)...

15.) For all tribute pains, stress and suffering - 28,976 thousands; per-person(s), per-officers - official's, and adjothed doc corporations...

i am also requesting federal jurisdiction venus hearing.

last; i am now pressing full legal charges against 'acting' doc warden Karen Williams and captain Lasier, for ordering 'acting' officers to assault me 'as a tribute detainee prisoner'. i want both of their job security bonds removed from them as well...

16.) For refusing to provide me with legal notary public - 10,999 for each day i was denied; per-person(s), per-officer's - official's, and adjothed doc corporations.

VII.  **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Ventress correctional facility_

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

_____

_____

6

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Ventress correction to captain walker and above, since he is over seg. lockup

2. What did you claim in your grievance?

   everything i filed in my federal grievance and violating in my disciplinary hearing

3. What was the result, if any?

   no response, like nothing ever happened

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   i don't believe that official's turned the grievance in to grievance board. they just held on to the grievance hoping that i let it go by. i did send I an I another grievance, and i am waiting on their response. however, my federal grievance is my follow up. also i filed another grievance with ventress about three month ago. over violations of jurisdiction venus, challenging all jurisdiction of prison and state. I also requested jurisdiction hearing for i am not state property. I never recieved an response so they waived their rights to arguement.

7

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   _____

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   _____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   <u>all alabama state prisons are infact illegal in the U.S. and band</u>

   <u>uncontitutional by Supreme and Federal laws and ruling.</u>

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐ Yes

☑ No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

_____

_____

_____

_____

8

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s) _____

      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      _____

   3. Docket or index number

      _____

   4. Name of Judge assigned to your case

      _____

   5. Approximate date of filing lawsuit

      _____

   6. Is the case still pending?

      ☐ Yes

      ☐ No

   If no, give the approximate date of disposition. _____

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

      _____

9

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Printed Name of Plaintiff   Tribute Appellution: Mu'zuz Mu'sun Ali'bamu Zulu el.
Prison Identification #     210279
Prison Address              Ventress Correctional  P.o.Box 767    379 Hwy 239 N.
                            Clayton              Al.             36016
                              City              State            Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   Oct. 23, 2023
                (Date)

mu'zuz mu'sun ali'bamu zulu. el.
Signature of Plaintiff

10

Tribute appellation: Mu'zuz Mu'sun Ali'bamu Zulu el.
Formally known as: Milton Dudley 210279
Ventress Doc. Correction
P.O. Box 767    379 Hwy 239 N.
Clayton, al. 36016

Federall free legal mail

US POSTAGE PITNEY BOWES
ZIP 36016
02 7H
0006141397    $ 001.11⁰
OCT 25 2023

**VENTRESS LAW LIBRARY**
THIS CORRESPONDENCE IS FORWARDED FROM AN ALABAMA STATE PRISON. THE CONTENTS HAVE NOT BEEN EVALUATED, AND THE ALABAMA DEPARTMENT OF CORRECTIONS IS NOT RESPONSIBLE FOR THE SUBSTANCE OR CONTENT OF THE ENCLOSED COMMUNICATION.

Federall Hugo L Black US Courthouse
1729 5th. Ave North room #104
Birmingham, al. 35203