IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MUZUZ MUSSUN ALI BAMU       )
ZULU, formerly known as     )
Milton Dudley,              )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )      2:23cv695-MHT
                            )           (WO)
KAY IVEY, et al.,           )
                            )
     Defendants.            )
```

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that he was stabbed and assaulted by other prisoners and later assaulted by correctional officers at Ventress Correctional Facility.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 21st day of March, 2024.

                                       /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**