IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |  | |
|---|---|---|---|
| **MUZUZ MUSSUN ALI BAMU ZULU, formerly known as Milton Dudley,** | ) ) ) ) | | |
| Plaintiff, | ) ) | | |
| v. | ) ) ) | CIVIL ACTION NO. 2:23cv695-MHT (WO) | |
| KAY IVEY, et al., | ) ) | | |
| Defendants. | ) | | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 15) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to comply with a court order to pay an initial partial filing fee.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 21st day of March, 2024.

                                        /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**